**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Wendhel J. Freeman, et al., | Case No. 23-cv-1031 (PJS/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Marta M. Chou, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 15, 2023. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The Complaint and Amended Complaint, [Dkt. Nos. 1, 9], is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

2. The application to proceed *in forma pauperis* (IFP) of Plaintiff Wendhel Freeman [Dkt. No. 2], is **DENIED as moot**.

3. The application to proceed *in forma pauperis* (IFP) of Plaintiff Nikkia Taylor [Dkt. No. 3], is **DENIED as moot**.

4. The application to proceed *in forma pauperis* (IFP) of Plaintiff Tamul Golden [Dkt. No. 7], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/17/23                                           s/Patrick J. Schiltz
                                                         Patrick J. Schiltz, Chief Judge
                                                         United States District Court